# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ANTHONY GARZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. LEWIS, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00609 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT<br><br>(Document 14) |

Plaintiff Julian Anthony Garza ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on March 2, 2015. The action was transferred to this Court on April 15, 2015.

On May 7, 2015, Plaintiff filed a motion to amend the complaint. At this stage in the proceedings, Plaintiff has the right to amend once as a matter of course. Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion to amend is HEREBY DENIED as moot, and Plaintiff may file his amended complaint without leave of Court.

IT IS SO ORDERED.

　　Dated:　__May 8, 2015__　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1