# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ANTHONY GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. LEWIS, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00609-DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>THIRTY-DAY DEADLINE |

Plaintiff Julian Anthony Garcia ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on March 2, 2015, and it was transferred to this Court on April 15, 2015.[1]

On October 5, 2015, the Court dismissed the complaint with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has not complied with the order or otherwise contacted the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to comply with the Court's order and failure to prosecute. Plaintiff shall file a response to this order within thirty (30) days of the date of service. Plaintiff may also comply by filing an amended complaint.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on May 7, 2015.

<u>Failure to respond to this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **November 30, 2015**                    /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE